**PIERSON FERDINAND LLP**
RACHEL N. RIVERS (SBN: 291283)
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (415) 907-4972
Email: rachel.rivers@pierferd.com
Attorneys for *Defendant B-Stock Solutions, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Arthur Mogilefsky, | Case No.: 2:25cv-7910-WLH-SSC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER |
| B-Stock Solutions, LLC, DOES 1-1000 | |
| Defendants. | Complaint Filed: September 12, 2025 |

The Court hereby grants the Parties' Stipulated Protective Order.

IT IS SO ORDERED.

Dated: June 5, 2026 _____

By:_____
Hon. Stephanie S. Christensen

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER